**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**In re:**

**CATHY ALPHENA HARRIS,**

**CHAPTER 7**

   **Debtor.**

**CASE NO. 08-15319-RGM**

**GMAC MORTGAGE, LLC, AS**
**SUCCESSOR TO GMAC MORTGAGE**
**CORPORATION,**

   **Plaintiff.**
**vs.**

**CATHY ALPHENA HARRIS**
**AKA CATHY A. HARRIS**
**GORDON P. PEYTON, TRUSTEE,**

   **Defendants.**

### ORDER GRANTING RELIEF

Upon consideration of the Motion of the Plaintiff, GMAC Mortgage, LLC, as successor to GMAC Mortgage Corporation, to amend the automatic stay, the Debtor having filed a statement of intention to surrender the property and having failed to file an answer within the time provided, the Trustee having endorsed this order, agreeing to its entry, and the Court finding grounds to grant the Motion, it is;

**ORDERED** that the automatic stay of 11 U.S.C., Section 362 be, and it is hereby, modified to allow the Plaintiff, its successors and assigns to enforce the lien of its Deed of Trust set out in its Motion pertaining to the property located at 631 Barnes Street, NE , Washington, DC 20019, and described as follows:

> All that piece or parcel of land, together with the improvements, rights, privileges and appurtenances to the same belonging, situate in the District of Columbia, described as follows, to-wit:

Eric David White, Esquire
Counsel for Plaintiff
Samuel I. White, P. C.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230
State Bar #21346
(804) 290-4290

        Part of Lot thirty-nine (39) in square fifty hundred fifty-six (5056) and lot 1 in Square 5043 in a subdivision made by trust for Public Land as per plat recorded in Liber No. 183 at folios 108 and 109, respectively in the Office of the Surveyor for the District of Columbia.

        The property address being known as No. 631 Barnes Street, NE, Washington, District of Columbia 20019-1877.  TAX ID# Square 5043 Lot 2029

DATED:

_____
JUDGE

**NOTICE OF JUDGMENT OR ORDER
Entered on Docket**

_____

I ask for this:
## /s/ ERIC DAVID WHITE
Samuel I. White, P. C.
Eric David White, Esquire, VSBN 21346
Counsel for GMAC Mortgage, LLC, as successor to GMAC Mortgage Corporation
1804 Staples Mill Road, Suite 200
Richmond, VA 23230

Seen and Agreed:
## /s/ GORDON P. PEYTON
Gordon P. Peyton, Esquire, VSBN 5155
Chapter 7 Trustee
510 King Street, Suite 301
Alexandria, VA 22314

CERTIFICATE

I certify that this proposed Order has been endorsed by all necessary parties involved in this proceeding.

## /s/ ERIC DAVID WHITE
Samuel I. White, P. C.

/49078-08

The Clerk shall mail a copy of the entered Order to the following:

Gordon P. Peyton, Esquire
Chapter 7 Trustee
510 King Street, Suite 301
Alexandria, VA 22314

Derek Keith Prosser, Esquire
Counsel for Debtor
14100 Parke Long Court
Suite A
Chantilly, VA 20151

Cathy Alphena Harris
Debtor
47 Fendall Ave
Alexandria, VA 22304

49078-08/aw